No. 300. BROWNELL, ATTORNEY GENERAL, *v.* RUBINSTEIN. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Acting Solici-*

*tor General Stern* for petitioner. *Edward J. Ennis* and *Jack Wasserman* for respondent.